

# FINAL DISCLOSURE (FD) — INCOME SHARE AGREEMENT (TUITION ISA)

| PARTICIPANT: | ISA ORIGINATOR: | RIGHT TO CANCEL |
|---|---|---|
| Michael Trepanier<br>11509 Golden Willow court<br>Zionsville, Indiana 46077 | Kenzie Academy<br>47 S. Meridian St.<br>Indianapolis, IN 46204 | You have a right to cancel this transaction, without penalty, by midnight on February 3, 2020. If you cancel by this date, you are canceling the contract in its entirety, including the disclosures. You may cancel by writing us at Vemo Education, 3905 Tampa Rd #2453, Oldsmar, FL, 34677. A mailed cancellation letter will be deemed timely if postmarked no later than the cancellation date listed above. |

| Your ISA Terms ||| Your ISA Payments End (Earliest to Occur): |||
|---|---|---|---|---|---|
| ISA Amount | Income Share | Minimum Income Threshold | Payment Term | Payment Cap | Payment Window |
| **$23,900.00** | **13.00%** | **$3,333.34** | **48 payments** | **$41,825.00** | **96 months** |
| The cost of the services you will receive through this ISA | The percent of your gross monthly Earned Income you will pay | You are required to make Monthly Payments only when your gross monthly Earned Income is at least this amount | Payments end after you have made this many Monthly Payments (excluding any costs or fees, if applicable) | Payments end when you have paid this amount (excluding any costs or fees, if applicable) | Payments end this many months after your Grace Period ends (excluding any costs or fees, if applicable) |

### FEES

**Late Fee**
The lesser of $5 and 5% of the payment amount due

**Returned Payment or Non-Sufficient Funds (NSF) Fee**
$25
($20 for NY residents)

### ITEMIZED TOTAL ISA AMOUNT

| Amount paid to you | $0.00 |
|---|---|
| Amount applied to your tuition obligation:<br>• Kenzie Academy | + $23,900.00 |
| ISA Amount | = $23,900.00 |

### ABOUT YOUR CONTRACT TERMS

- **Your Income Share is a fixed percentage of your future Earned Income you will owe in return for the ISA Amount** credited to your account to your account. It is not an interest rate or annual percentage rate.

- **Your Monthly Payment will equal your monthly Earned Income multiplied by your Income Share.** As a result, Monthly Payments may vary, and the total amount you will pay may be **more or less than** your ISA Amount but will never exceed your Payment Cap.

- **Your Minimum Income Threshold is equivalent to an annual Earned Income of $40,000.**

- Your ISA obligation will end after you have paid all outstanding costs and fees, if any.

## Payment Illustration

ISAs are different from loans and tuition payment plans (which require repayment in full and may have a finance charge or interest). An ISA requires you to pay a fixed percentage of your Earned Income each month for up to a fixed number of Monthly Payments. The table below illustrates the Monthly Payment amount, number of Monthly Payments, and total amount that would be paid for various levels of Earned Income.

| Earned Income || $23,900.00 ISA Amount<br>13.00% Income Share |||
|---|---|---|---|---|
| Monthly Income | Annual Equivalent | Monthly Payment | Number of Payments | Total of Payments |
| <$3,333.34 | <$40,000 | $0 | 0 | $0 |
| $3,333.34 | $40,000 | $433 | 48 | $20,800 |
| $4,166.67 | $50,000 | $542 | 48 | $26,000 |
| $5,000.00 | $60,000 | $650 | 48 | $31,200 |
| $5,833.33 | $70,000 | $758 | 48 | $36,400 |
| $6,666.67 | $80,000 | $867 | 48 | $41,600 |

- Monthly Payments are determined based on monthly Earned Income; annual Earned Income equivalents are included for illustration purposes only.

- **This illustration assumes your Earned Income remains constant and may not apply to your specific circumstances**.

- All payments in this illustration have been rounded to the nearest dollar.

FD – v8


Exhibit C



# Final Disclosure Reference Notes

**When do payments begin?**

You are not required to make any payments while you remain enrolled at Kenzie Academy or during your 3-month Grace Period. Your Payment Window begins on the 1st day of the month after your Grace Period ends. Your 1st Monthly Payment is due 1 month after your Payment Window begins.

**What will you pay under an ISA?**

- You will pay a percentage of your earned income.
- Monthly payment = **Income Share** × monthly earned income.
- The total amount you will be required to pay may be more or less than the **ISA Amount**. It will depend on your future earned income.

**What documents will you need to provide for us to calculate what you owe?**

| *By the end of the Grace Period* | *By March 1 each year and every time your income changes* |
|---|---|
| A pay stub, letter from your employer, self-employment contract, consulting agreement, or other verifiable source (dated within 30 days).<br><br>This is used to calculate your *initial* required payments. If you do not provide this documentation or documentation for deferment, we will assume your earned income matches the average full-time income for occupations directly related to your program (determined based on Bureau of the Census and Bureau of Labor Statistics data). | 1. **By March 1 each year:** A year-end pay stub, Form W-2, Form 1099, Schedule 1, Schedule C, Schedule E, or Schedule K-1 – whichever is applicable – for all sources of earned income and validation of the dates of your employment (showing *prior year's* earnings). This is used for *reconciliation*. You must reimburse us for any underpayments, and we will credit your account for any overpayments—or refund the excess amount if your payment obligation has ended.<br>2. **Every time your income changes AND by March 1 each year:** A pay stub, letter from your employer, self-employment contract, consulting agreement, or other verifiable source (showing *current* earnings). This is used to *re-calculate* your required payments. If you do not to provide this documentation, we will assume your earned income has increased by 10% and change your monthly payment accordingly, effective June 1 each year.<br>3. **At our request:** A completed and signed IRS Form 4506-T or Form 4506T-EZ (or any successor form), designating us as the recipient of your tax return information for returns covering any and all months of your payment obligation, dated not earlier than 30 days before the date you provide it to us. |

**Can you end your payment obligation early?**

You may extinguish your ISA *before* the **Payment Window** ends by paying a **Prepayment Amount** equal to:

$$\$41,825.00 - \text{payments already made} + \text{any outstanding fees.}$$

**When are Monthly Payments not required ("Deferments")?**

- After your Payment Window begins, your account will be placed in a deferment status and you will not make payments for any month in which your Earned Income is less than $3,333.34 (equivalent to $40,000/year) or that you are enrolled at least half-time in Higher Education or Training.
- Months in which no payments are required as a result of your Earned Income being less than $3,333.34 do not count as Monthly Payments and do not count towards your Maximum Number of Monthly Payments. Your Maximum Number of Monthly Payments and your Payment Window will not change as the result of any applicable deferment.

> **See the Additional Terms that you signed when you accepted this ISA for further information about payment, prepayment, deferment, default, and your other legal obligations under this Income Share Agreement.**