IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY SIMPSON, LISSETT CAMARGO, and MICHAEL TREPANIER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN NEW HAMPSHIRE UNIVERSITY d/b/a KENZIE ACADEMY, and LAUNCH SERVICING, LLC,<br><br>Defendants. | Case No. 1:24-cv-01118-JRS-TAB<br><br>**Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** |

> Acknowledged. Case dismissed without prejudice.
>
> JRS, DJ, 10/1/24.
>
> Distribution to all counsel of record via

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jeffrey Simpson, Lissett Camargo and Michael Trepanier ("Plaintiffs"), hereby give notice that this action is voluntarily dismissed. There is no certified class, nor has a class been proposed to be certified for the purposes of settlement. Any putative class will not be prejudiced by the dismissal. Defendant Southern New Hampshire University d/b/a Kenzie Academy and Launch Servicing, LLC have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: <u>September 30, 2024</u>  Respectfully submitted:

RILEYCATE, LLC

/s/ *Russell B. Cate*
Russell B. Cate (#27056-29)
William N. Riley (#14941-49)
Joshua N. Taylor (#26618-29)
Sundeep Singh (#36591-29)
11 Municipal Drive, Suite 320
Fishers, Indiana 46038
Telephone: (317) 588-2866
Facsimile: (317) 458-1785
Email:   rcate@rileycate.com
   wriley@rileycate.com
   jtaylor@rileycate.com
   ssingh@rileycate.com

## Certificate of Service

I hereby certify that on the 30th day of September, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Russell B. Cate*
Russell B. Cate